# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3010
_____

JULIUS T. SLEDGE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____


Petition for Belated Appeal – Original Jurisdiction.

January 26, 2018


PER CURIAM.

The petition seeking belated appeal is denied on the merits.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Julius T. Sledge, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.